ALEJANDRO N. MAYORKAS (S.B. #122447)
amayorkas@omm.com
GRANT B. GELBERG (S.B. #229454)
ggelberg@omm.com
ALISON A. FISCHER (S.B. #249030)
afischer@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant
ADT Security Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| People of the State of California, | Case No.  C 08-02157 EMC |
|---|---|
| Plaintiff, | NOTICE OF FILING OF SUMMONS AND SUPERIOR COURT NOTICE OF ASSIGNMENT IN CONNECTION WITH NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(a) |
| v. | |
| ADT Security Services, Inc., | |
| Defendant. | |

On April 25, 2008, Defendant ADT Security Services, Inc. ("ADT") filed its Notice of Removal in this action.  ADT also filed with said Notice a copy of the Complaint underlying this action.  Pursuant to 28 U.S.C. § 1446(a), ADT hereby files the corresponding Summons, attached as Exhibit A, and the Notice of Assignment to Department Six for Case Management Determination, attached as Exhibit B, that were served on it by Plaintiff.

//
//
//
//
//

NOTICE OF FILING

1  Dated: April 29, 2008

2  ALEJANDRO N. MAYORKAS
   GRANT B. GELBERG
3  ALISON A. FISCHER
   O'MELVENY & MYERS LLP
4

5  By: /s/ Alison Fischer
6      Alison A. Fischer
   Attorneys for Defendant
7  ADT Security Services, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ADT SECURITY SERVICES, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
People of the State of California



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
2008 FEB 25 A 10: 14
K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY: S. KRICKEN, Deputy Clerk

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
    There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
    Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
CONTRA COSTA COUNTY SUPERIOR COURT
725 Court Street, P.O. Box 911
Martinez, CA 94553

CASE NUMBER: *(Número del Caso):* C08-00437

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT J. KOCHLY, District Attorney, County of Contra Costa, Lauren R. Wixson, Deputy District Attorney SBN 117178, 627 Ferry Street, Martinez, CA 94553 (925) 646-4532

DATE: FEB 25 2008    Clerk, by **S. KRICKEN**, Deputy
*(Fecha)*    *(Secretario)*  CLERK OF THE SUPERIOR COURT  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*                                          3

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**Exhibit B**

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA  94553

PEOPLE OF THE STATE OF CA VS. ADT SECURITY SER
MSC08-00437

NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE
MANAGEMENT DETERMINATION

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, AND A BLANK CASE MANAGEMENT STATEMENT ARE TO BE SERVED
UPON ALL OPPOSING PARTIES, ALL PARTIES SERVED WITH SUMMONS AND
COMPLAINT/CROSS-COMPLAINT.

1. This matter has been assigned to Department 6, Judge D. Flinn
presiding, for all purposes, Department 6 is designated as the complex
litigation department of the Court and as such (a) hears all cases
wherein a designation of complex case has been made and (b) conducts
hearings, in cases that this court determines, on a preliminary basis
may be complex, to determine whether the case should remain in the
complex litigation program.

2. All counsel are required to appear in Dept. 6 on 05/06/08
at 8:30am.
   (a) If the case has been designated as complex, and no counter-
       designation has been filed, the Court will hold its first
       case management conference at that time.
   (b) If the case has been assigned to Department 6 on a
       preliminary basis the Court will hold a hearing to determine
       if the matter is, or is not, complex.  If the matter is
       determined to be complex, the Court will then proceed with
       the first case management conference.

NOTE: 4/29/08 HEARING VACATED; RESET.

3. Each party shall file and serve a Case Management Conference
Statement five (5) days before this hearing and be prepared to
participate effectively in the Conference, including being thoroughly
familiar with the case and able to discuss the suitability of the case
for private mediation, arbitration or the use of a special master or
referee.

4. Prior to the conference counsel for plaintiff shall meet and confer
with counsel for each other party in an effort to precisely define the
the issues in the case, discuss the possiblity of early mediation, the
identities of possible other parties, and their respective plans for
discovery.

5. Until the time of the conference the following INTERIM ORDERS shall
be in effect:

   A. Plaintiff shall diligently proceed in locating and serving each
      and every defendant.  It is the Court's intention that each party
      be served in sufficent time to have entered an appearance within
      the time allowed by law and to attend the first conference.
   B. All discovery shall be stayed excepting as all parties to the
      action might otherwise stipulate or the Court otherwise order.
   C. No party shall destroy any writing or other evidence in its
      possession or under its control which bears in any way upon the
      matters which are the subject of this litigation.

SERVED ON US BY MAIL
4   4/9/08

D. Within the time for any party to file an answer or demurrer such party may alternatively file a notice of general appearance. In such event the time for filing of an answer or demurrer shall be extended to twenty (20) days following the first conference unless the Court shall, at that time, set a different schedule.

E. Counsel for each party shall do a conflict check to determine whether such counsel might have a possible conflict of interest as to any present or contemplated future party.

                                        BY ORDER OF THE COURT

5

# PROOF OF SERVICE BY U.S. MAIL

I, Catherine Huddleson, declare:

I am employed in the County of Contra Costa, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the District Attorney of Contra Costa County, located at 627 Ferry Street, Martinez, California 94553.

On _APRIL 9_, 2008, I served the within

NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT DETERMINATION

in Case No.: CIV MSC08-00437. on the interested parties in said action,

1. by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California as follows:

Alejandro N. Mayorkas, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _APRIL 9_, 2008, at Martinez, California.

*Catherine Huddleson*
Catherine Huddleson

# PROOF OF SERVICE

I, Robin Hammond, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On April 29, 2008, I served the within documents:

NOTICE OF FILING OF SUMMONS AND SUPERIOR COURT NOTICE OF ASSIGNMENT IN CONNECTION WITH NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(A)

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lauren R. Wixson, Deputy District Attorney
627 Ferry Street
Martinez, CA 94553-0125
Phone: (925) 646-4532
Fax: (925) 646-4683

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 29, 2008, at Los Angeles, California.

*/s/ Robin Hammond*
Robin Hammond

LA2:859721.1