1  ALEJANDRO N. MAYORKAS (S.B. #122447)
   amayorkas@omm.com
2  GRANT B. GELBERG (S.B. #229454)
   ggelberg@omm.com
3  ALISON A. FISCHER (S.B. #249030)
   afischer@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
6  Facsimile:    (213) 430-6407

7  Attorneys for Defendant
   ADT Security Services, Inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | People of the State of California, | Case No.  C 08-02157 EMC
13 |                     Plaintiff,     | **PROOF OF PERSONAL SERVICE OF NOTICE OF REMOVAL OF DEFENDANT ADT SECURITY SERVICES AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**
14 |       v.                           |
15 | ADT Security Services, Inc.,       |
16 |                     Defendant.     |

17
18
...
28

LA2:859629.1

PROOF OF PERSONAL SERVICE
CASE NO.  C 08-02157 EMC

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Nationwide Legal, Inc., whose address is 316 W. Second Street, Suite 705, Los Angeles, CA 90012, and which has been employed by a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. On April 25, 2008, I personally served the following:

NOTICE OF REMOVAL OF DEFENDANT ADT SECURITY SERVICES, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with __CATHY HUDDLESON / RECEPTION__ of the office thereof:

Robert J. Kochly, District Attorney
County of Contra Costa
Lauren R. Wixson, Deputy District Attorney
627 Ferry Street
Martinez, CA 94553-0125
Phone: (925) 646-4532
Fax: (925) 646-4683

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 25, 2008, at Los Angeles, California.

SIGNATURE: _____

PRINTED NAME: __Andre Bovitz__

LA2:859639.1