1  ALEJANDRO N. MAYORKAS (S.B. #122447)
   amayorkas@omm.com
2  GRANT B. GELBERG (S.B. #229454)
   ggelberg@omm.com
3  ALISON A. FISCHER (S.B. #249030)
   afischer@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA 90071-2899
   Telephone:  (213) 430-6000
6  Facsimile:  (213) 430-6407

7  Attorneys for Defendant
   ADT Security Services, Inc.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | People of the State of California,  | Case No. C 08-02157 EMC
13 |                   Plaintiff,         | **AMENDED PROOF OF SERVICE**
14 |        v.                            |
15 | ADT Security Services, Inc.,         |
16 |                   Defendant.         |

**PROOF OF SERVICE**

I, Robin Hammond, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On May 1, 2008, I served the within documents:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lauren R. Wixson, Deputy District Attorney
627 Ferry Street
Martinez, CA 94553-0125
Phone: (925) 646-4532
Fax: (925) 646-4683

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 1, 2008, at Los Angeles, California.

_____
Robin Hammond

LA2:859629.1

AMENDED PROOF OF SERVICE
CASE NO. C 08-02157 EMC