1  ALEJANDRO N. MAYORKAS (S.B. #122447)
   amayorkas@omm.com
2  GRANT B. GELBERG (S.B. #229454)
   ggelberg@omm.com
3  ALISON A. FISCHER (S.B. #249030)
   afischer@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA 90071-2899
   Telephone:   (213) 430-6000
6  Facsimile:   (213) 430-6407

7  Attorneys for Defendant
   ADT Security Services, Inc.
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | People of the State of California, | Case No.  C 08-02157 EMC
13 | Plaintiff, | **JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND**
14 | v. | **TO PLAINTIFF'S COMPLAINT; DECLARATION OF ALISON A.**
15 | ADT Security Services, Inc., | **FISCHER IN SUPPORT OF STIPULATION; AND [PROPOSED]**
16 | Defendant. | **ORDER EXTENDING TIME TO RESPOND FILED CONCURRENTLY**
17 | | **HEREWITH**

18

19       WHEREAS Plaintiff filed its Complaint in this action in the Superior Court of the

20  State of California in and for the County of Contra Costa on February 25, 2008 and

21  service was affected on March 26, 2008;

22       WHEREAS Defendant, ADT Security Services, Inc. ("ADT") filed its Notice of

23  Removal in the United States District Court for the Northern District of California on

24  April 25, 2008;

25       WHEREAS pursuant to Federal Rule of Civil Procedure 81(c) ADT's responsive

26  pleading is due to the Court on or before May 2, 2008;

27       WHEREAS the parties wish to preserve the resources of the Court and require

28

1  additional time to have the opportunity to meet and confer regarding Plaintiff's intention
2  to file a Motion to Remand and ADT's responsive pleading;
3
4       Pursuant to Federal Rule of Civil Procedure 6(b), the parties hereby stipulate to and
5  hereby request an extension of time of 20 days for ADT to answer or otherwise respond to
6  Plaintiff's Complaint. An extension of time of 20 days would have no affect on any
7  scheduled events in this case. This is the first such extension requested in this case.
8
     Dated: May 2nd, 2008

ALEJANDRO N. MAYORKAS
GRANT B. GELBERG
ALISON A. FISCHER
O'MELVENY & MYERS LLP

By: /s/ Alison Fisch
    Alison A. Fischer
Attorneys for Defendant
ADT Security Services, Inc.

     Dated: May 2nd, 2008

ROBERT J. KOCHLY, District Attorney
LAUREN R. WIXSON, Deputy District Attorney

By: [signature] Deputy District Attorney For Lauren Wixson
    Lauren R. Wixson
Attorneys for Plaintiff
People of the State of California

ALEJANDRO N. MAYORKAS (S.B. #122447)
amayorkas@omm.com
GRANT B. GELBERG (S.B. #229454)
ggelberg@omm.com
ALISON A. FISCHER (S.B. #249030)
afischer@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant
ADT Security Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| People of the State of California, | Case No.   C 08-02157 EMC |
|---|---|
| Plaintiff, | **DECLARATION OF ALISON A. FISCHER IN SUPPORT OF PARTIES' JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ADT Security Services, Inc., | |
| Defendant. | |

I, ALISON A. FISCHER, declare and state as follows:

1.  I am an attorney in the law firm of O'Melveny & Myers LLP, counsel for Defendant ADT Security Services, Inc. ("ADT") in this action, and am admitted to practice before the courts of this State. I submit this Declaration in support of the parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint. If called as a witness, I could and would testify competently to the facts set forth in this Declaration.

2.  Plaintiff filed its Complaint in this action in the Superior Court of the State of California in and for the County of Contra Costa on February 25, 2008 and service was affected on March 26, 2008.

3.  ADT filed its Notice of Removal in the United States District Court for the Northern District of California on April 25, 2008. Pursuant to Federal Rule of Civil

1  Procedure 81(c) ADT's responsive pleading is due to the Court on or before May 2, 2008.

2      4.    The parties wish to preserve the resources of the Court and therefore request additional time to have the opportunity to meet and confer regarding Plaintiff's intention to file a Motion to Remand and ADT's responsive pleading.

    5.    The parties request a 20 day time extension for ADT to answer or otherwise respond to Plaintiff's Complaint.

    6.    The 20 day time extension would have no affect on any scheduled events in this case.

    7.    This is the first such extension requested in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, on the 2nd day of May, 2008.

Dated: May 2, 2008    O'MELVENY & MYERS LLP

By:   /s/ Alison A. Fischer
      Alison A. Fischer
      Attorneys for Defendant ADT Security Services, Inc.

DECLARATION OF A. FISCHER IN SUPPORT OF JOINT STIPULATION
C08-02157

ALEJANDRO N. MAYORKAS (S.B. #122447)
amayorkas@omm.com
GRANT B. GELBERG (S.B. #229454)
ggelberg@omm.com
ALISON A. FISCHER (S.B. #249030)
afischer@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant
ADT Security Services, Inc.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| People of the State of California, | Case No.   C 08-02157 EMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER EXTENDING DEFENDANT ADT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ADT Security Services, Inc., | |
| Defendant. | |

On May 2, 2008, the parties in the above captioned action filed a Stipulation to Extend Defendant's Time to Respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b).  Having considered the parties' stipulation, and good cause having been shown, the parties' request for an extension of time of twenty (20) days for Defendant ADT Security Services, Inc. ("ADT") to answer or otherwise respond to Plaintiff's Complaint is GRANTED.  ADT shall file its response on or before May 22, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                         THE HONORABLE EDWARD M. CHEN
                                         United States Magistrate Judge

**PROOF OF SERVICE**

I, Robin Hammond, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On May 2, 2008, I served the within documents:

JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; DECLARATION OF ALISON A. FISCHER IN SUPPORT OF STIPULATION; AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND FILED CONCURRENTLY HEREWITH

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lauren R. Wixson, Deputy District Attorney
627 Ferry Street
Martinez, CA 94553-0125
Phone: (925) 646-4532
Fax: (925) 646-4683

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 2, 2008, at Los Angeles, California.

_____
Robin Hammond