ROBERT J. KOCHLY, District Attorney
County of Contra Costa
Kenneth W. McCormick, Deputy District Attorney, SB#136448
627 Ferry Street
Martinez, CA 94553-0125
Telephone: 925.646.4680
Facsimile: 925.646.4683
kmccormick@contracostada.org
Attorneys for Plaintiff

FILED
08 MAY 12 PH 2:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, | Case No.: C 08-02157 VRW |
| Plaintiff, | NOTICE OF DISMISSAL |
| vs. | (Fed. R. Civ. P. 41(a)(1)(i)) |
| ADT SECURITY SERVICES, INC., | |
| Defendant | |

IT IS SO ORDERED
Judge Vaughn R Walker
5/13/2008

TO:   ADT SECURITY SERVICES, INC.
      ALEJANDRO N. MAYORKAS, ESQ.
      GRANT B. GELBERG, ESQ.
      ALISON A. FISCHER, ESQ.
      O'MELVENY & MEYERS LLP, ATTORNEYS FOR DEFENDANT

TAKE NOTICE that the People of the State of California, Plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED: 5/12/08

Respectfully submitted,
ROBERT J. KOCHLY
District Attorney

Kenneth W. McCormick
Deputy District Attorney

1

COMPLAINT FOR CIVIL PENALTIES, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND RESTITUTION

## PROOF OF SERVICE BY U.S. MAIL

I, Catherine Huddleson, declare:

I am employed in the County of Contra Costa, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the District Attorney of Contra Costa County, located at 627 Ferry Street, Martinez, California 94553.

On __MAY 12_____, 2008, I served the within

NOTICE OF DISMISSAL

in Case No.: C 08-02157 VRW on the interested parties in said action,

1. by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California as follows:

Alejandro N. Mayorkas, Esq.
Grant B. Gelberg, Esq.
Alison A. Fischer, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on __MAY 12_____, 2008, at Martinez, California.

*Catherine Huddleson*
Catherine Huddleson

1

PROOF OF SERVICE BY MAIL